IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| LINDA WARD, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | |
| | * | |
| CAROLYN W. COLVIN, | * | No.  4:11-cv-00699-JJV |
| Acting Commissioner, | * | |
| Social Security Administration | * | |
| | * | |
| Defendant. | * | |

## ORDER

Before the Court is Plaintiff's Application for Attorney's Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412.  The Commissioner responded and offered no objection to the fees requested.  So, after careful consideration of the Motion and Response, the Court finds:

1.	The hours spent by counsel were reasonable.  Therefore the Court approves attorney fees in the amount of  $3,140.35 (17.35 hours at $181 per hour).

2.	The EAJA fee award is payable to Plaintiff and mailed to Plaintiff's counsel, but is subject to any offset to satisfy any pre-existing debt owed to the United States.  *Astrue v. Ratliff*, --- U.S. ----, 130 S.Ct. 2521, 2527, 2010 WL 2346547 (2010).

3.	Defendant shall certify said award and pay this amount.

IT IS SO ORDERED this 10th day of June, 2013.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE

1